# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JANE DOE, | ) ) ) ) ) |
| Plaintiff-Appellant, | ) ) Appeal No.: 25-5513 |
| v. | ) ) |
| JOHN ROE; XYZ, LLC, | ) ) ) |
| Defendants-Appellees. | ) ) ) |

## JOINT MOTION TO REFER FOR MEDIATION AND HOLD APPEAL IN ABEYANCE

Pursuant to Federal Rule of Appellate Procedure 27, the parties jointly move this Court to refer the above-captioned appeal to the Sixth Circuit Mediation Office and hold the appeal in abeyance for a period of 120 days to allow them to focus on settlement negotiations.

In support of this motion, the parties state as follows:

1. **Background:** The parties are currently engaged in settlement negotiations that are aimed at resolving this matter without further litigation.

2. **Reason for Abeyance:** Holding the case in abeyance will allow the parties to focus their efforts on working toward settlement without the need to simultaneously prepare for appellate proceedings. This will conserve judicial resources and potentially obviate the need for further litigation.

3. **Request for Mediation Referral**: To facilitate those negotiations, the parties respectfully request that this appeal be referred to the Court's mediation program.

4. **No Prejudice:** The requested abeyance, coupled with the conditional referral, will not prejudice any party. Both parties are in agreement that holding the case in abeyance is in their mutual interest and will facilitate a more efficient resolution of the matter.

5. **Joint Status Report**: The parties propose to file a joint status report at the conclusion of the abeyance period advising the Court whether settlement has been reached.

**WHEREFORE,** the parties respectfully request that this Court 1.) grant this Motion and issue an order holding the proceedings in abeyance for a period of 120 days, or until further order of the Court, with a joint status report due at the conclusion of that period, and 2.) refer this matter to the Sixth Circuit Mediation Office.

**[THE REMAINDER OF THIS PAGE IS LEFT INTENTIONALLY BLANK]**

Respectfully submitted,

/s/ *Chanelle R. Acheson*
Chanelle R. Acheson (BPR #030008)
W. David Bridgers (BPR #016603)
G. Edward Powell III (CA Bar #324530)
Waddey Acheson LLC
1030 16th Avenue South
Nashville, TN 37212
Telephone: (615) 839-1100
*Counsel for Appellant Jane Doe*


/s/ *Daniel A. Horwitz*
Daniel Horwitz (BPR #032176)
Sarah L. Martin (BPR #037707)
Horwitz Law, PLLC
4016 Westlawn Dr.
Nashville, TN 37209
(615) 739-2888
*Counsel for Appellees John Roe and XYZ, LLC*

/s/ *Steven D. Parman*
Steven D. Parman (BPR #011091)
Watkins & McNeilly, PLLC
214 Second Avenue North, Suite 300
Nashville, TN 37201
(615) 255-2191
*Counsel for Appellee John Roe*

**CERTIFICATE OF SERVICE**

I, Chanelle R. Acheson, hereby certify that I electronically filed the foregoing Motion to Hold in Abeyance with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system on August 19, 2025, which will send notice of such filing to all registered CM/ECF users.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Chanelle R. Acheson*
Chanelle R. Acheson